IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  4:94cr4071-WS

STEFFANY FRAZIER,  4:12cv471-WS

       Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 158) docketed July 18, 2012.  The magistrate judge recommends that the defendant's section 2255 motion be summarily dismissed.  The defendant has filed objections (doc. 159) to which the government has responded (doc. 160).

    Upon review of the record in light of the defendant's objections, this court has determined that the magistrate judge's report and recommendation should be adopted.

    Accordingly, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 158) is hereby ADOPTED and incorporated by reference into this order.

    2.  The defendant's 2255 motion (doc. 155) is hereby summarily DISMISSED for lack of jurisdiction.

    3.  The clerk shall enter judgment stating: "All claims are summarily dismissed."

4.  The clerk shall close Case No. 4:12cv471-WS.

DONE AND ORDERED this ___22nd___ day of ___August___, 2012.


                                            s/ William Stafford
                                            WILLIAM STAFFORD
                                            SENIOR UNITED STATES DISTRICT JUDGE